# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMPOSITE STRUCTURES, INC.
D/B/A MARLOW MARINE SALES,
a Florida corporation,

    Plaintiff,
v.                                      Case No.: 8:12-cv-173-JDW-TGW

THE CONTINENTAL INSURANCE
COMPANY,

    Defendant.
_____/

## PLAINTIFF, COMPOSITE STRUCTURES, INC. D/B/A MARLOW ]MARINE SALES', NOTICE OF EXPERT DISCLOSURE

COMES NOW the Plaintiff, COMPOSITE STRUCTURES, INC. d/b/a MARLOW MARINE SALES, by and through its undersigned counsel, and pursuant to the Case Management and Scheduling Order [Doc. 25], hereby discloses its expert witness(es) as follows:

1. Aubrey Dicus, Esquire
   Battaglia, Ross, Dicus & Wein, P.A.
   Post Office Box 41100
   St. Petersburg, FL 33743

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof has been served via electronic and U.S. Mail to LISA A. PACH, ESQUIRE, Colliau Elenius Murphy Kenner Carluccio & Morrow, 4631 Woodland Corp. Blvd., Suite 315, Tampa, FL

33614, Lisa.Pach@cna.com, and KATHRYN M. FROST, ESQUIRE, Elenius, Frost & Walsh, 333 South Wabash Avenue, 25th Floor, Chicago, IL 60604, Kathryn.Frost@cna.com, on this 30th day of August, 2012.

BOYLE & GENTILE, LEONARD
& CROCKETT, P.A.
Attorneys for the Plaintiff
2050 McGregor Boulevard
Fort Myers, FL 33901
Telephone: (239) 337-1303
Fax: (239) 337-7674

By: _____/FBN: 0091297
Mark A. Boyle, Sr.
FBN: 0005886
MBoyle@BoyleGentileLaw.com
Debbie Sines Crockett
FBN: 0033706
DCrockett@BoyleGentileLaw.com